**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7895

RICKY GAMBLE,

              Plaintiff - Appellant,

       v.

WILLIAM BULLARD; SERGEANT GREEN; OFFICER GADDY,

              Defendants – Appellees,

       and

OFFICER CRIBB,

              Defendant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:11-ct-03220-FL)

Submitted: March 25, 2014          Decided:  March 28, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricky Gamble, Appellant Pro Se.   Peter Andrew Regulski,
Assistant Attorney General, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Gamble appeals the district court's order granting Defendants' summary judgment motions on his 42 U.S.C. § 1983 (2006) complaint, and has also filed a motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Gamble's motion for appointment of counsel and affirm the district court's judgment. Gamble v. Bullard, No. 5:11-ct-03220-FL (E.D.N.C. Nov. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2